In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-14-00127-CR

**TIMOTHY CRAIG CHRETIEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 12-15629**

**MEMORANDUM OPINION**

On March 10, 2014, the trial court sentenced Timothy Craig Chretien on a conviction for indecency with a child. Chretien filed a notice of appeal on March 24, 2014. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On March 25, 2014, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has

been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Opinion Delivered April 30, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.